BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile    253-274-1200

HONORABLE MARY JO HESTON
HEARING DATE:  September 6, 2018
TIME: 11:00 am
RESPONSE DATE: August 30, 2018
Chapter 13
Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re**

**Frank Donald Pastori**
**Karen Marie Pastori**

**Debtor(s)**
_____

In Chapter 13 Proceeding
No. 18-42320-MJH

**RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW the above-referenced debtor(s) through their attorneys of record and responds as follows to the Trustee's Objection to Confirmation as follows:

   The Trustee has been provided with the documents that were requested in the Objection to Confirmation.

   The Trustee and Debtor have  agreed to continue the confirmation hearing for further review of the filed claims and to ensure feasibility of the Plan.

   Dated September 1, 2018


   /s/ Ellen Ann Brown
   _____
   ELLEN ANN BROWN WSB#27992
   Attorneys for Debtor(s)